# STATE OF MICHIGAN
## IN THE 30TH CIRCUIT COURT FOR THE COUNTY OF INGHAM

CHRISTIAN T. REINHARDT, IV,

    Plaintiff,

v

DYNAMIC NETWORK SERVICES, INC., a Delaware corporation doing business in Michigan, DYNAMIC DNS NETWORK SERVICES, LLC, a Delaware limited liability company, TIMOTHY J. WILDE, JEREMY HITCHCOCK and THOMAS DALY,

    Defendants.

File No. 04- 1050-C2

Honorable

---

John C. Schlinker (P43188)
Lee B. Reimann (P51895)
Willingham & Coté, P.C.
Attorneys for Plaintiff
333 Albert Avenue, Suite 500
East Lansing, Michigan 48823-4394
517-351-6200 / FAX 517-351-1195

---

## EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

Plaintiff, Christian T. Reinhardt, IV, by his attorneys, Willingham & Cote, PC, and pursuant to MCR 3.310, requests that this Court enter a Temporary Restraining Order and Order to Show Cause in the form served with this Brief, compelling Defendants to appear before this Court and show cause why a preliminary injunction should not be entered against them for the relief sought in Plaintiff's Verified Complaint for Temporary Restraining Order, Injunctive and Other Relief. The facts and arguments in support of the requested

relief are set forth in Plaintiff's Brief in Support of Request for Preliminary Injunction and Temporary Restraining Order, served concurrently herewith.

Respectfully Submitted<br>
Willingham & Cote', P.C.<br>
Counsel for Plaintiff

Dated: July 26, 2004

By: _____
John Schlinker (P43118)
Lee B. Reimann (P51895)
333 Albert, Ste. 500
East Lansing, MI 48823
517-351-6200/FAX 517-351-1195

I:\Team_ASchlinker\121001Reinhardt\Reinhardt Ex Parte Motion for TRO.wpd