STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

CHRISTIAN T. REINHARDT, IV,

    Plaintiff,

vs.

DYNAMIC NETWORK SERVICES, INC., a
Delaware corporation doing business in
Michigan, DYNAMIC DNS NETWORK
SERVICES, LLC, a Delaware limited liability
company, TIMOTHY J. WILDE, JEREMY
HITCHCOCK and THOMAS DALY,

    Defendants.

Civil Action No. 04-1050-CZ

Honorable Paula J. Manderfield

| John C. Schlinker (P43188) | Lori McAllister (P39501) |
|---|---|
| Lee B. Reimann (P51895) | Kiffi Y. Ford (P54852) |
| Willingham & Cote, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiff | Dykema Gossett PLLC |
| 333 Albert Avenue, Suite 500 | 124 W. Allegan Street, Suite 800 |
| East Lansing, MI 48823-4394 | Lansing, MI 48933 |
| (517) 351-6200 | (517) 374-9100 |

## STIPULATION AND ORDER

The parties, through their counsel, hereby consent to an extension of time beyond fourteen (14) days for the show cause hearing as to why a preliminary injunction should not issue pursuant to MCR 3.310(B)(3). The parties hereby consent to adjourning the hearing set for August 5, 2004 at 3:00 p.m. for an additional fourteen (14) days beyond August 5, 2004 to a date and time to be set by the Court. The parties consent to this extension to permit them to explore an amicable resolution of the issues presented. The terms and conditions of the Temporary Restraining Order issued July 26, 2004 at 3:40 p.m. shall remain in full force and effect until further Order of this Court, except that the parties stipulate and agree that Defendants shall not

be required to permit Plaintiff to remotely access his DNS, Inc. e-mail account or other DNS, Inc. files during the pendency of this Order. Defendants agree to forward e-mail from Plaintiff's e-mail account at DNS, Inc. to Plaintiff and the parties agree to the exchange of relevant financial information for purposes of settlement negotiations.

Defendants are entering into this Stipulation without waiving any right Defendants may have to contest jurisdiction in this matter.

Approved as to form and content:

_John C. Schlinker/lm per attached Consent_
John C. Schlinker (P43188)
Attorney for Plaintiff

Dated: 8/4/04

_Lori McAllister_
Lori McAllister (P39501)
Kiffi Y. Ford (P54852)
Attorneys for Defendants

Dated: 8/4/04

## ORDER

At a session of the said Court, held
In the City of Lansing, County of Ingham,
State of Michigan, on the 5 day of
August, 2004.

PRESENT: HONORABLE PAULA J. MANDERFIELD
Circuit Court Judge

---

The Court have reviewed the above Stipulation, hereby directs Defendants to show cause why a preliminary injunction shall not issue on _Thursday Sept 9_, 2004 at _2:30_ o'clock in the _after_ noon. The Temporary Restraining Order shall continue in effect until further Order of the Court, modified as agreed by the parties in the foregoing Stipulation.

_Paula J. Manderfield_
Paula J. Manderfield
Circuit Court Judge

2

be required to permit Plaintiff to remotely access his DNS, Inc. e-mail account or other DNS, Inc. files during the pendency of this Order. Defendants agree to forward e-mail from Plaintiff's e-mail account at DNS, Inc. to Plaintiff and the parties agree to the exchange of relevant financial information for purposes of settlement negotiations.

Defendants are entering into this Stipulation without waiving any right Defendants may have to contest jurisdiction in this matter.

Approved as to form and content:

John C. Schlinker (P43188)
Attorney for Plaintiff

Dated: 8/4/04

Lori McAllister (P39501)
Kiffi Y. Ford (P54852)
Attorneys for Defendants

Dated: _____

## ORDER

At a session of the said Court, held
In the City of Lansing, County of Ingham,
State of Michigan, on the ____ day of
_____, 2004.

PRESENT: HONORABLE PAULA J. MANDERFIELD
Circuit Court Judge

The Court have reviewed the above Stipulation, hereby directs Defendants to show cause why a preliminary injunction shall not issue on _____, 2004 at _____ o'clock in the _____ noon. The Temporary Restraining Order shall continue in effect until further Order of the Court, modified as agreed by the parties in the foregoing Stipulation.

Paula J. Manderfield
Circuit Court Judge

2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

CHRISTIAN T. REINHARDT, IV,

    Plaintiff,

vs.

DYNAMIC NETWORK SERVICES, INC., a Delaware corporation doing business in Michigan, DYNAMIC DNS NETWORK SERVICES, LLC, a Delaware limited liability company, TIMOTHY J. WILDE, JEREMY HITCHCOCK and THOMAS DALY,

    Defendants.

Civil Action No. 04-1050-CZ

Honorable Paula J. Manderfield

---

| | |
|---|---|
| John C. Schlinker (P43188)<br>Lee B. Reimann (P51895)<br>Willingham & Cote, P.C.<br>Attorneys for Plaintiff<br>333 Albert Avenue, Suite 500<br>East Lansing, MI 48823-4394<br>(517) 351-6200 | Lori McAllister (P39501)<br>Kiffi Y. Ford (P54852)<br>Attorneys for Defendants<br>Dykema Gossett PLLC<br>124 W. Allegan Street, Suite 800<br>Lansing, MI 48933<br>(517) 374-9100 |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                 ) SS.
COUNTY OF INGHAM    )

Karlene K. Schaeffer, an employee of Dykema Gossett PLLC, being first duly sworn, deposes and says that on the 6th day of August, 2004, she served a True Copy of the Order regarding adjournment of the hearing on August 5, 2004, upon John C. Schlinker at 333 Albert Avenue, Suite 500, East Lansing, MI 48823, by enclosing copies of the same in an envelope

properly addressed, and by depositing said envelope in the United States Mail with postage thereon having been fully prepaid.

_____
Karlene K. Schaeffer

Subscribed and sworn before
me this 6th day of August, 2004.

_____
Susan M. Womble, Notary Public
Clinton County, State of Michigan
My Commission Expires: 4/1/05
Acting in Ingham County

2